Leroy Smallenberger, appellee, v. Peoria Railway Company, appellant. Gen. No. 6,733.

Action to recover for damages to an automobile, the result of a collision with a street car. Judgment for plaintiff. Appeal from the County Court of Peoria county; the Hon. Robert H. Lovett, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 9, 1920.

Hunter, Page & Kavanagh, for appellant. Frank A. Hall, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Lucas I. Butts, sheriff, appellee, v. Peoria Livery Company et al., appellants. Gen. No. 6,734.

Action against sheriff upon replevin bond. Judgment for defendants. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 9, 1920. Niehaus, P. J., took no part.

Arthur Keithley, for appellants. Kirk & Shurtleff, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

County of Peoria ex rel. The People of the State of Illinois, appellee, v. Christopher Harrigan, appellant. Gen. No. 6,736.

Petition to remove executor on ground of fraud, waste and mismanagement. Petition granted. Appeal from the Circuit Court of Peoria county; the Hon. Theodore N. Green, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Joseph W. Maple, for appellant. C. E. McNemar, for appellee; Dan R. Sheen, of counsel.

Mr. Justice Heard delivered the opinion of the court.

---

Floyd D. Bromley, appellee, v. Peoria Railway Company, appellant. Gen. No. 6,740.

Action for injuries to passenger riding on footboard of over-crowded street car. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 9, 1920. Niehaus, J., took no part.

Hunter, Page & Kavanagh, for appellant. Clarence W. Heyl and Harry C. Heyl, for appellee.

Mr. Justice Heard delivered the opinion of the court.